Exhibit B

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

___

ANDREA J. MOSBY MEACHEM,

    Plaintiff,

v.                                        No. 2:14-cv-02156-JTF-dkv

MEMPHIS LIGHT, GAS AND WATER DIVISION,
a division of the City of Memphis, Tennessee,

    Defendant.

___

## PLAINTIFF'S PROPOSED JURY VEDICT FORM
___

We, the jury, unanimously find as follows:

### Disability Discrimination

1. Do you find the Defendant failed to provide a reasonable accommodation to the Plaintiff under the ADA-AA as defined by the jury instructions?

   _____    _____
   YES              NO

   (If you answered "NO" to Question 1, then proceed to Question No. 3)

2. Enter the appropriate amount of damages, if any, for Plaintiff:

   Compensatory Damages: $_____

### Pregnancy Discrimination

3. Do you find the Defendant discriminated against Plaintiff on the basis of pregnancy under the THRA as defined by the jury instructions?

   _____    _____
   YES              NO

Exhibit B

(If you answered "NO" to Question 3, then proceed to Question 5)

4. Enter the appropriate amount of damages, if any, for Plaintiff:

   Compensatory Damages: $_____

## Retaliation

5. Do you find the Defendant retaliated against Plaintiff in violation of the ADA-AA and the THRA as defined by the jury instructions?

   _____          _____
   YES                NO

   (If you answered "NO" to Question 5, turn in the form to the Court's security officer)

6. Enter the appropriate amount of damages, if any, for Plaintiff:

   Compensatory Damages: $_____

   _____
   JURY FOREPERSON – printed name

   _____
   JURY FOREPERSON – signature

   Date:_____

2